**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

| | |
|---|---|
| **MARTHA HORTON AND** | |
| **TERRY HORTON** | **PLAINTIFFS** |
| | |
| **V.** | **CAUSE NUMBER: 1:25-cv-00112-JDM-DAS** |
| | |
| **PRENTISS COUNTY, MISSISSIPPI;** | |
| **SHERIFF RANDY TOLAR; JOEY CLARK;** | |
| **DOUG RAKESTRAW; MOLLIE TAYLOR;** | |
| **JAMIE RINEHART; SEAN NEWCOMB;** | |
| **LISA NEWCOMB; ALEX MITCHELL;** | |
| **AARON MILLER; STEVEN MITCHELL;** | |
| **ELI LANGLEY; JO CAROL KNIGHT;** | |
| **AMANDA PLAXICO; AUSTIN CHITTOM;** | |
| **JERRY BRISTOL; BRAYDEN BALLARD,** | |
| **IN THEIR RESPECTIVE INDIVIDUAL** | |
| **AND OFFICIAL CAPACITIES** | **DEFENDANTS** |

## ORDER DISMISSING CLAIMS WITHOUT PREJUDICE

On January 29, 2026, Defendants Prentiss County, Mississippi, and Sheriff Randy Tolar filed a Motion for Judgment on the Pleadings. [44] The motion sought dismissal of the claims against Sheriff Randy Tolar based on qualified immunity. [44]

On February 11, 2026, the parties entered a Stipulation of Dismissal without prejudice [50]. The stipulation dismissed without prejudice the claims against Defendant Sheriff Randy Tolar in his individual capacity only.

Rule 41(a)(1)(A)(ii) permits a plaintiff to dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Because the Stipulation [50] complies with Rule 41(a)(1)(A)(ii), the claims against Sheriff Randy Tolar in his individual

capacity are hereby **DISMISSED without prejudice**. And the Motion for Judgment on the Pleadings [44] is **DISMISSED as moot**.

SO ORDERED the 12th day of February 2026.

                                                     /s/ James D. Maxwell II
                                                     UNITED STATES DISTRICT JUDGE
                                                     NORTHERN DISTRICT OF MISSISSIPPI